948 F.2d 134
 60 USLW 2347, 60 USLW 2575, 26
Collier Bankr.Cas.2d 220,
22 Bankr.Ct.Dec. 1114, 22 Bankr.Ct.Dec. 452,
Bankr. L. Rep. P 74,351
 In the Matter of GREYSTONE III JOINT VENTURE, Debtor.
PHOENIX MUTUAL LIFE INSURANCE COMPANY, Appellant,
v.
GREYSTONE III JOINT VENTURE, Appellee.
 No. 90-8529.
 United States Court of Appeals,
Fifth Circuit.
 Nov. 19, 1991.
As Amended on Petition for Rehearing
and Suggestion for Rehearing En
Banc Feb. 27, 1992.
 
 1
 Republished as corrected at 995 F.2d 1274.